# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 05-cr-00355-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BERNARDO GUTIERREZ-LEON,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on **Defendant's Motion For Immediate Sentencing** [#15], filed January 10, 2008. The motion is **GRANTED**. The court will waive the PSI and will conduct an immediate sentencing at the conclusion of the change of plea hearing on February 8, 2008.

    Dated: January 10, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.